UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| REBECCA WESTBROOK, Plaintiff | CIVIL ACTION NO. 1:22-CV-05161 |
| VERSUS | JUDGE DRELL |
| PLASTIPAK PACKAGING, INC., Defendant | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, and after independent (*de novo*) review of the record including the objections filed herein, and having determined that the findings and recommendation are correct under the applicable law;

IT IS ORDERED that Plastipak's Motion to Dismiss (ECF No. 11) is GRANTED IN PART and that Westbrook's claims under the Louisiana Employment Discrimination Law are DISMISSED WITH PREJUDICE as untimely.

IT IS FURTHER ORDERED that Plastipak's Motion for Attorney's Fees (ECF No. 11) is DENIED.

THUS ORDERED AND SIGNED in chambers in Alexandria, Louisiana on this 13th day of October 2023.

DEE D. DRELL, SENIOR JUDGE
UNITED STATES DISTRICT COURT